**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **KROG Partners, LLC**             CASE NO

                                                        CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date \_\_\_\_\_07/01/2019_____ Signature _____/s/ Robert Doviak_____
                                                                                 Robert Doviak, Manager / President

A.W. Welding Services, LLC.
424 Floy Lee Road
Gilmer, TX 75645


AAA Well Service, LLC.
P.O. Box 33
Millsap, TX 76066


Adams & Reece, LLC
Adam Massey
1221 Mckinney St Ste 4400
Houston, TX 77010-2023


Robert Adams
2133 Spadina Cres E
Saskatoon


Robert Adams
2113 Spadina Cres E
Saskatoon, Canada S7K0C9


Advanced Marketing
Concepts, Inc.
P.O. Box 130095
Tyler, TX 75713


AFT Industries, Inc.
2605 Skyway Drive
Grand Prairie, TX 75052


Alinet Oilfield Services Corp
P.O. Box 2468
Kilgore, TX 75662

Anatesco, Inc.
P.O. Box 8225
Tyler, TX 75711


Atlas Tubular
P.O. Box 431
Robstown, TX 78380


Avalon Oil & Gas, Inc.
310 4th Avenue South 7000
Minneapolis, MN 55415


B & H Pump & Supply
1202 Hwy 42 North
White Oak, TX 75693


Bar Tex, LLC.
6401 Rambridge Drive
Oklahoma City, OK 73162


Mark Bates
4329 Calais Place
Lexington, KY 40515


Berith Equipment
P.O. Box 2576
Kilgore, TX 75662


James Bingham
P.O. Box 82
Dillingham, AK 99576

Boon, Calk, et al
Casey Goolsby
1801 W Loop 281 # 303
Longview, TX 75604-2542


Braswell Services, LLC.
139 Miller Street
New Boston, TX 75570


Burton Oil & Gas Reporting
P.O. Box 351
Vivian, LA 71082


C & S Energy Services, LLC.
3304 Goforth Road
Kilgore, TX 75663


C & S Lease Services
P.O. Box 1049
Kilgore, TX 75663


Cheetah Energy Services, LLC.
2807 Allen Street 407
Dallas, TX 75204


Joseph Clariday
2687 Windwood Court
Clarksville, TN 37043


James Cleerman
1407 1st Avenue South
Escanaba, MI 49829

Brad Combs
5016 Norfolk
Plano, TX 75023


Conestoga Production Services
2905 CR 205N
Henderson, TX 75652


Construction Consultants of LA
P.O. Box 741
Bradley, AR 71826


CTS Transport
2570 TX-37
Quitman, TX 75783


Davis Chemical Services
P.O. Box 1369
Marshall, TX 75671


DNOW, LP.
7402 N. Eldridge Pkwy
Houston, TX 77041


DOC Energy Services
P.O. Box 580
Oil City, LA 71061


Robert Doviak
10930 Switzer Avenue 117
Dallas, TX 75238

DO-Well Resources
P.O. Box 2437
Kilgore, TX 75663


Dunn & Dill, LLC.
1225 Thomasville Court
Garland, TX 75044


E. L. Farmer & Company
P.O. Box 3512
Odessa, TX 79760


East Texas Field Services
12945 State Highway 154 E
Diana, TX 75640


Eaton Oil Tools, Inc.
707 E. Sabine Street
China Spring, TX 76633


Eddye Dreyer Financial
Services
4925 Greenville Avenue 900
Dallas, TX 75206


Bruce Edgeland
204 Coldren Drive
Prospect Heights, IL 60070


EV Fleming Enterprises, LLC.
6609 W. Goforth Road
Kilgore, TX 75662

TRI-C Exploration
38262 Windy Ridge Drive
Magnolia, TX 77355


Fas-Line Services, Inc.
P.O. Box 3009
Kilgore, TX 75663


Flowers Davis, PLLC.
1021 ESE Loop 323 200
Tyler, TX 75701


Focus Field Services, LLC.
P.O. Box 56
White Oak, TX 75693


Rene Fonseca
3075 Spaulding road
Christiansburg, VA 24073


Genesis Endeavors, Inc.
P.O. Box 10148
Longview, TX 75608


Geonix Oilfield Products, LP.
P.O. Box 10148
Longview, TX 75608


William Glass
3676 Meadville Drive
Sherman Oaks, CA 91403

Globe Energy Services
P.O. Box 204676
Dallas, TX 75230


Gravity Oilfield Services, Inc.
(Globe Energy Services)
10313 W Sam Houston Pkwy N # 100
Houston, TX 77064


Jack Greene
303 N. Medford Road
Lufkin, TX 75901


Hamilton Well Service, LLC.
16 Waterway Court
Spring, TX 77380


Michael Harrell
9530 Hilldale Lane
Dallas, TX 75231


Golda Harte
6320 Lake Bluff
Dallas, TX 75249


Hill Electric Co.
P.O. Box 471
Gilmer, TX 75644


Joan and Bruce Holloman
3705 Military Road, NW
Washington, DC 20015

Stanley Hudson
1335 Herman Dupuis
Breaux Bridge, LA 70517

IHSMARKIT
15 Inverness Way East
Englewood, CO 80112

Jacobson Law Firm, PC
Terry Jacobson
733 W 2nd Ave
Corsicana, TX 75110-2942

Jims Rental
P.O. Box 504
Laird Hill, TX 75666

Charlie Johnson
818 Winter Wood Court
Garland, TX 75044

Daniel Johnson
3.113 CR 213
Giddings, TX 78942

David Joseph
810 Mission Trail
New Braunfels, TX 78130

Kansas Submersible Pumps, Inc.
P.O. Box 119
Goddard, KS 67052

Ulrich Kappus
4530 S. Verbena Street 309
Denver, CO 80237


Key Energy Services, Inc.
1301 McKinney Street 1800
77010


Kirk Weaver Contract
Pumping, Inc.
P.O. Box 385
Beckville, TX 75631


Knighten Machine and
Service, Inc.
P.O. Box 12587
Odessa, TX 79768


Lexstar Energy, LLC.
500 Quorum Drive 150
Dallas, TX 75254


Jack Lin
24780 Hermosilla Court
Calabasas, CA 91302


M. Dewayne Varnadore
2320 Dueling Oaks Drive
Tyler, TX 75703


May Oilfield Pipe
P.O. Box 430
Overton, TX 75684

MBOE, Inc.
4925 Greenville Avenue 915
Dallas, TX 75206

Medline Electric, Inc.
P.O. Box 696
Quitman, TX 75783

William Mellick
31038 Williams Road
Worley, ID 83876

Midway Oilfield Constructors, Inc.
P.O. Box 245
Midway, TX 75852

George Miller
12330 W. Carolina Drive
Denver, CO 80228

Michael Nelson
7791 N. 3090 W. Road
Manteno, IL 60950

Newmans Oilfield Service, Inc.
P.O. Box 2860
Kilgore, TX 75663

Manish Patel
3382 Monterey Hwy
San Jose, CA 95111

Peoples Communications
102 N. Stephens Street
Quitman, TX 75783

Permian Tank & Manufacturing, Inc.
P.O. Box 4456
Odessa, TX 79760

Pipe Pros, LLC.
P.O. Box 9787
78469

Steven Polling
2514 County Road 75
Ada, OH 45810

Princess Three Operating, LLC.
P.O. Box 1983
Henderson, TX 75653

Pro-Test, Inc.
454 FM 1252 E
Kilgore, TX 75662

George Quesada
1860 Virginia Avenue
Novato, CA 94945

Quitman Pump and Supply Co, Inc.
P.O. Box 921
Quitman, TX 75783

Railroad Commission of Texas
Rey Mendez AG Office
P.O. Box 12548
Austin, TX 78711


Railroad Commission of Texas
Jessica Mendoza Office of GC
1701 North Congress Ave.
Austin, TX 78701


Melvin Reams
12 Wilderness Way
Round Rock, TX 78664


Rig Runners, Inc.
P.O. Box 24279
Houston, TX 77229


Robert Jenkins, Receiver
Jenkins Law Firm, PC
2221 Justin Rd # 119-480
Flower Mound, TX 75028-4848


Robert P. Baxter, Jr.
3847 Townsend Drive
Dallas, TX 75229


Romine Oilfield Services, Inc.
3024 George Richey Road
Gladewater, TX 75647


Steve Rossiter
7523 Meadow Oaks Drive
Dallas, TX 75230

S & K Supply
P.O. Box 1885
Kilgore, TX 75663


Scanalog, LLC.
P.O. Box 7
Round Rock, TX 78683


Scheef & Stone, LLP.
500 N. Akard 2700
Dallas, TX 75201


Service Electric, LLC.
P.O. Box 2000
Kilgore, TX 75663


Shores Lift Solutions
P.O. Box 12730
Odessa, TX 79768


SHS Welding
P.O. Box 9294
Longview, TX 75608


James Skogen
689 Entrada Drive
Golden, CO 80401


Katherine Steen
14018 32nd Avenue NE
Duvall, WA 98019

Perry Steen
14018 32nd Avenue NE
Duvall, WA 98019


Richard Steen
3903 S. Morain Loop
Kennewick, WA 99337


Raymond Stokley
10679 Mallard Road
Diana, TX 75640


Strategic Wireline Services, LLC.
P.O. Box 1361
Winnsboro, LA 71295


Stuart Hose & Pipe Co., LTD.
701 Riverside Drive
Fort Worth, TX 76111


Superior Slickline Services
P.O. Box 12214
Dallas, TX 75312


Talon Tools & Testing, LP.
P.O. Box 30
Kilgore, TX 75663


Tervita Corporation
10613 West Sam Houston Pkwy 300
Houston, TX 77064

Anthony Tesselaar
2428 Alameda Avenue 162
Norfolk, VA 23513

Topcat Well Services, LLC.
513 South Sun Camp Road
White Oak, TX 75693

Trendsetter Construction, Inc.
P.O. Box 246
White Oak, TX 75693

Upshur County Tax Assessor
215 N. Titus Street
Gilmer, TX 75644

Vintage Services, LLC.
174 W. Purslane
Kilgore, TX 75662

Ward, Smith & Hill PC
Bruce A. Smith
Po Box 1231
Longview, TX 75606-1231

Watson Report Service
P.O. Box 921
Kilgore, TX 75663

Wildwood Partners, LP.
6162 E. Mockingbird Lane 212
Dallas, TX 75214

Wren Oilfield Services, Inc.
P.O. Box 334
White Oak, TX 75693


Xpress Oilfield Services
Kevin Michaels, Attorney
16000 Barkers Point Lane 2308
Houston, TX 77079


Yogi Yeager
1410 Summit Avenue
Plano, TX 75074


Zivney Energy
P.O. Box 655
White Oak, TX 75693