Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | KROG Partners, LLC |

United States Bankruptcy Court for the:

Northern District of Texas, Dallas Division

Case number (if known): _____

❑ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 AFT Industries, Inc.<br>2605 Skyway Drive<br>Grand Prairie, TX 75052 | AFT Industries, Inc. | Judgment | Disputed | | | $23,026.00 |
| 2 Atlas Tubular<br>P.O. Box 431<br>Robstown, TX 78380 | Atlas Tubular | Debt | Disputed | | | $25,000.00 |
| 3 Cheetah Energy Services, LLC.<br>2807 Allen Street<br>Dallas, TX 75204 | Cheetah Energy Services, LLC. | Debt | | | | $25,984.67 |
| 4 Conestoga Production Services<br>2905 CR 205N<br>Henderson, TX 75652 | Conestoga Production Services | Debt | Disputed | | | $54,978.13 |
| 5 DO-Well Resources<br>P.O. Box 2437<br>Kilgore, TX 75663 | DO-Well Resources | Debt | Disputed | | | $26,140.73 |
| 6 Eaton Oil Tools, Inc.<br>707 E. Sabine Street<br>China Spring, TX 76633 | Eaton Oil Tools, Inc. | Debt | Disputed | | | $21,575.88 |
| 7 Focus Field Services, LLC.<br>P.O. Box 56<br>White Oak, TX 75693 | Focus Field Services, LLC. | Debt | Disputed | | | $29,268.00 |
| 8 Globe Energy Services<br>P.O. Box 204676<br>Dallas, TX 75230 | Globe Energy Services | Debt | Disputed | | | $49,687.77 |

Debtor      KROG Partners, LLC                             Case number *(if known)* _____

              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Hudson, Stanley<br>1335 Herman Dupuis<br>Breaux Bridge, LA 70517 | Hudson, Stanley | Loan | | | | $176,500.00 |
| 10 Kansas Submersible Pumps, Inc.<br>P.O. Box 119<br>Goddard, KS 67052 | Kansas Submersible Pumps, Inc. | Judgment | | | | $81,921.17 |
| 11 Key Energy Services, Inc.<br>1301 McKinney Street<br>, 77010 | Key Energy Services, Inc. | Judgment | Disputed | | | $57,681.68 |
| 12 Newmans Oilfield Service, Inc.<br>P.O. Box 2860<br>Kilgore, TX 75663 | Newmans Oilfield Service, Inc. | Debt | | | | $29,804.22 |
| 13 Permian Tank & Manufacturing, Inc.<br>P.O. Box 4456<br>Odessa, TX 79760 | Permian Tank & Manufacturing, Inc. | Judgment | Disputed | | | $32,939.00 |
| 14 Princess Three Operating, LLC.<br>P.O. Box 1983<br>Henderson, TX 75653 | Princess Three Operating, LLC. | Debt | | | | $38,933.05 |
| 15 Railroad Commission of Texas<br>Rey Mendez AG Office<br>P.O. Box 12548<br>Austin, TX 78711 | Railroad Commission of Texas | Settlement EST | | | | $31,000.00 |
| 16 Reams, Melvin<br>12 Wilderness Way<br>Round Rock, TX 78664 | Reams, Melvin | Loan | | | | $56,000.00 |
| 17 Robert P. Baxter, Jr.<br>3847 Townsend Drive<br>Dallas, TX 75229 | Robert P. Baxter, Jr. | | Disputed | | | $28,310.94 |
| 18 Scheef & Stone, LLP.<br>500 N. Akard<br>Dallas, TX 75201 | Scheef & Stone, LLP. | Debt | | | | $40,231.02 |
| 19 Tervita Corporation<br>10613 West Sam Houston Pkwy<br>Houston, TX 77064 | Tervita Corporation | Debt | Disputed | | | $161,765.00 |
| 20 Wildwood Partners, LP.<br>6162 E. Mockingbird Lane<br>Dallas, TX 75214 | Wildwood Partners, LP. | Loan | | | | $283,117.00 |