| KROG Partners, LLC | Balance Sheet |
|---|---|
| 19-32190 | |

|  | 06/30/19 |
|---|---|
| **Assets** | |
| **Checking** | |
| Chase Bank 1St Collateral X7910 | 25,039.13 |
| Chase Bank 2nd Collateral X9532 | 25,035.15 |
| Prosperity Bank House 9429 | 0.00 |
| Prosperity Bank Checking 1710 | 0.00 |
|  | 50,074.28 |
|  |  |
| Accounts Receivable | 53,513.08 |
|  |  |
| **Other Current Assets** | |
| Deposits | 0.00 |
| Investments - Stocks | 25.18 |
|  | 25.18 |
|  |  |
| Unbilled Revenue & Expenses | 273,377.79 |
|  |  |
| Total Current Assets | 376,990.33 |
|  |  |
| **Fixed Assets** | |
| Intangible Drilling Costs | 179,938.55 |
| Leasehold Cost | 72,331.16 |
| Accumulated DD&A | (36.78) |
| Oil and Lease Properties proved | 456,788.14 |
| Undeveloped Acreage | 12,282.60 |
| Wells and Equipment | 110,083.83 |
| Total Fixed Assets | 831,387.50 |
|  |  |
| **Other Assets** | |
| Kelly Rig Work Over NonConsent | 46,443.83 |
|  |  |
| Total Other Assets | 46,443.83 |
|  |  |
| Total Assets | 1,254,821.66 |
|  |  |
| **Liabilities and Equity** | |
| **Liabilities** | |
| Accounts Payable | 1,132,044.70 |
| Melvin Reams | 26,648.05 |
| Intercompany - Doviak | 20,591.57 |
| Prepayments | 22,802.00 |
| Unbilled Revenue & Expenses | 297,411.79 |

| | |
|---|---:|
| Total Current Liabilities | 1,499,498.11 |
| | |
| Long Term Liabilities | |
| Notes Payable | 824,617.00 |
| | |
| Total Liabilities | 2,324,115.11 |
| | |
| Equity | |
| Additional paid in capital | 201,000.00 |
| Capital Stock | 541,000.00 |
| Retained Earnings | (1,804,631.68) |
| Net Income | (6,661.77) |
| Total Equity | (1,069,293.45) |
| | |
| Total Liabilities & Equity | 1,254,821.66 |