| KROG Partners, LLC<br>19-32190 | Profit & Loss |
|---|---|
| | 1/1/19 to    06/30/19 |

| | |
|---|---:|
| **Income** | |
| 4000 Oil Sales | |
| 4500 Operations Overhead | 5,892.83 |
| 4600 Other Income | 0.00 |
| Interest Income | 4.00 |
| Service Income | 0.00 |
| **Total Income** | **5,896.83** |
| | |
| **Expenses** | |
| General & Administrative | |
| 7050 Auto Expense | 913.73 |
| 7120 Bank Service Charges | 231.08 |
| 7265 Contributions | |
| 7851 Insurance | |
| 7900 Interest Paid | |
| 7950 Legal Fees | |
| 8270 Miscellaneous | |
| 8560 Postage and Shipping | |
| 8570 Professional Fees | 2,182.50 |
| 8721 Rental Machines | |
| 8724 Regulatory - Permits, Fees | |
| 8820 Software/Computer related | |
| 8845 Taxes - Ad Valorem | |
| 8870 Telephone | |
| 8940 Utilities - Electric | |
| Other Expenses | |
| **Total General & Administrative** | **3,327.31** |
| | |
| Lease Operating Expense | |
| 9306 Contract Labor | |
| 5000 Production Tax - Working | |
| 5001 Production Tax - Royalty | |
| 5330 Other Expenses - Working | |
| 5400 Lease Operating Expense | |
| 5450 Workover Costs | |
| 5510 Intangible Completion Cost | |
| 8825 Surveys | |
| 9001 Pumper / Gauger | 712.50 |
| 9002 Administrative Overhead | |
| 9003 Contact Labor | |
| 9004 Electricity | |
| 9008 Chemicals & Solvents | |
| 9009 Repairs and Maintenance | |
| 9010 Insurance | |
| 9012 Materials & Supplies | |

|  |  |
|---|---:|
| 9013 Hot Oil /Treatments |  |
| 9015 Rental Equipment | 427.00 |
| 9016 Salt Water Disposal |  |
| 9017 Engineering / Geological |  |
| 9026 Testing |  |
| 9027 Roads & Locations |  |
| 9030 Communications & Phone | 197.81 |
| 9031 Regulatory - Permits & Fees | 5,564.28 |
| 9090 Miscellaneous |  |
| 9099 Taxes |  |
| 9104 Legal Fees - Developed |  |
| 9310 Reserve Pit |  |
| 9311 Roads & Location |  |
| 9320 Insurance |  |
| 9322 Consulting Services |  |
| 9323 Utilities - Electricity | 2,329.69 |
| 9326 Wireline Service |  |
| 9327 Flow Testing |  |
| 9334 Safety / Environmental |  |
| 9403 Tubing |  |
| 9408 Heater Treater/Separator |  |
| 9415 Electrical |  |
| 9416 Tanks |  |
| 9417 Installation Labor |  |
| 9490 Miscellaneous |  |
| 9512 Materials & Supplies |  |
| 9522 Roads & Location |  |
| 9530 Subsurface repairs |  |
| 9595 Outside Operated Workover Surveys |  |
| 9999 JIB invoiced offset |  |
| **Total Lease Operating Expense** | **9,231.28** |
|  |  |
| **Total Expenses** | **12,558.59** |
|  |  |
| **Net Income** | **(6,661.77)** |