Fill in this information to identify the case:

Debtor name _____ KROG Partners, LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas, Dallas Division _____

Case number (if known) _____ 19-32190-sgj11 _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Chase** | **Savings account** | **7910** | **$25,039.00** |
| 3.2 **Chase** | **Savings account** | **9532** | **$25,035.00** |

4. **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

**None**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$50,074.00** |

## Part 2: Deposits and prepayments

Debtor **KRGS Partners, LLC** Case number *(if known)* **19-32190-sgj11**
      Name

---

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 Southwest Arkansas Electric | $440.00 |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

9. **Total of Part 2.**

| Add lines 7 through 8. Copy the total to line 81. | $440.00 |
|---|---|

---

**Part 3:** Accounts receivable

---

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts Receivable**

| 11a. 90 days old or less: | $1,200.00 | - | $0.00 | = ...... → | $1,200.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | $53,500.00 | - | $30,000.00 | = ...... → | $23,500.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

---

Debtor      KROG Partners, LLC
            Name                                                    Case number (if known)   19-32190-sgj11

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                               $24,700.00

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 St. Josephs, Inc. | stock quote | $100.00 |
|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or join venture**

Name of entity:                                    % of ownership:

**None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                                $100.00

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

---

Debtor  KRG Partners, LLC
Name                                              Case number (if known) 19-32190-sgj11

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

_____

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| **None** | | | |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| **None** | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **None** | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| **None** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| **None** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page **4**

Debtor KROG Partners, LLC                    Case number (if known) 19-32190-sgj11
       Name

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

---

    **38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|    **None** | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

                                                  _____

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |
| 48. **Watercraft, trailers, motors, and related accesories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vesels | | | |
| **None** | | | |
| 49. **Aircraft and accesories** | | | |
| **None** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1    **King Crow Lease - 0il/water separator (FWKO), (1) 210 bbl oil, (1) 300 bbl oil, one transfer pump** | | Not valued separately from lease. | |
| 50.2    **ST Buie Lease - Equipment – Bethlehem triplex pump, (4) 400 bbl water, (3) 300 bbl, (1) 210 bbl oil, 114 pumping unit** | | Not valued separately from lease. | |
| 50.3    **RT Hall Lease - (2) 300 bbl; submersible pump; 114 pumpjack; transfer pump** | | Not valued separately from lease. | |
| 50.4    **Don Looney Lease: Tank Battery – (1) 400 bbl water, (1) 210 bbl oil, one transfer pump** | | Not valued separately from lease. | |
| 50.5    **Don Looney Lease 1: submersible pump, 3500' tubing & power cable** | | Not valued separately from lease. | |
| 50.6    **Don Looney Lease 2: Equipment - submersible pump, 3500' tubing & power cable** | | Not valued separately from lease. | |
| 50.7    **Don Looney Lease 4: new casing, 3500" tubing** | | Not valued separately from lease. | |
| 50.8    **Stokley Lease: 210 bbl fiberglass, triplex pump** | | Not valued separately from lease. | |
| 50.9    **Brannon Lease: Submersible, free water knockout, (1) 210-steel** | | Not valued separately from lease. | |
| 50.10    **Annie Blackmon Lease: 300 bbl tank** | | Not valued separately from lease. | |
| 50.11    **JB Winn Lease: 114 pumping unit, (1) 210 bbl steel** | | Not valued separately from lease. | |
| 50.12    **Boozie Moore Lease: (1) 300 bbl steel, (1) 210 steel tank** | | Not valued separately from lease. | |

Debtor **KRGP Partners, LLC**
Name

Case number (if known) **19-32190-sgj11**

| | | | | |
|---|---|---|---|---|
| 50.13 | **JC Kelley Lease: Tank Battery, (2) 400 bbl water, (2) 210 bbl oil** | | Not valued separately from lease. | |
| 50.14 | **Marilyn Bradford Lease: 228 pumping unit, (3) 300 bbl steel** | | Not valued separately from lease. | |
| 50.15 | **Shirey Lease: Tank battery; (2) steel 300; (2) 400 fiberglass; (1) 500 fiberglass; Apex triplex pump; 68 pumping unit** | | Not valued separately from lease. | |
| 50.16 | **BA Shirey Lease: Tank Battery - uses same as Shirey** | | Not valued separately from lease. | |
| 50.17 | **EA Chance Lease: (2) water tanks; 300 bbl fiberglass; free water knockout; (2) oil tanks; 300 bbl** | | Not valued separately from lease. | |
| 50.18 | **Arkansas Lease: Gunn: - 114 pumping unit; (2) 300 bbl steel** | | Not valued separately from lease. | |
| 50.19 | **Arkansas Lease - Deltic: 114 pumping unit; (1) 210 tank** | | Not valued separately from lease. | |
| 50.20 | **Arkansas Lease - Dixon: 68 pumping unit; separator; (1) 300 bbl steel; (1) 300 bbl fiberglass** | | Not valued separately from lease. | |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real Property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment, or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1    **King Crow Lease - Upshur Co.** | 68% Working Interest | | | $136,000.00 |

Debtor KrisCo Partners, LLC
Name
Case 19-32190-sgj11 Doc 23 Filed 07/29/19 Entered 07/29/19 17:13:27 Page 8 of 70
Case number (if known) 19-32190-sgj11

| | | | | | |
|---|---|---|---|---|---|
| 55.2 | **S T Buie Lease** | **68% Working Interest** | _____ | _____ | $47,600.00 |
| 55.3 | **Buie ST A Lease** | **68% Working Interest** | _____ | _____ | $17,000.00 |
| 55.4 | **R L Hall Et A Lease** | **68% Working Interest** | _____ | _____ | $81,600.00 |
| 55.5 | **Don Looney Lease** | **34% Working Interest** | _____ | _____ | $221,000.00 |
| 55.6 | **Stokley Lease** | **68% Working Interest** | _____ | _____ | $17,000.00 |
| 55.7 | **Brannon Lease** | **68% Working Interest** | _____ | _____ | $17,000.00 |
| 55.8 | **Annie Blackmon Lease** | **68% Working Interest** | _____ | _____ | $17,000.00 |
| 55.9 | **J B Winn Lease** | **56% Working Interest** | _____ | _____ | $5,600.00 |
| 55.10 | **PB&IO RR Lease** | **68% Working Interest** | _____ | _____ | $17,000.00 |
| 55.11 | **Boozie Moore Lease** | **36% Working Interest** | _____ | _____ | $36,000.00 |
| 55.12 | **JC Kelley Lease** | **16.75% Working Interest** | _____ | _____ | $18,425.00 |
| 55.13 | **Marilyn Bradford Lease** | **Working Interest** | _____ | _____ | $10,000.00 |
| 55.14 | **Shirey Lease** | **73% Working Interest** | _____ | _____ | $109,500.00 |
| 55.15 | **B A Shirey Lease** | **73% Working Interest** | _____ | _____ | $18,250.00 |
| 55.16 | **EA Chance Lease** | **50% Working Interest** | _____ | _____ | $12,500.00 |
| 55.17 | **Christian Lease** | **100% Working Interest** | _____ | _____ | $10,000.00 |
| 55.18 | **Lillie Willis Lease** | **100% Working Interest** | _____ | _____ | $10,000.00 |
| 55.19 | **Arkansas Lease** | **50% Working Interest** | _____ | _____ | $25,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any addition sheets. Copy the total to line 88.

$826,475.00

57. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:** Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

Debtor    KROG Partners, LLC                                         Case number (if known)   19-32190-sgj11
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
|     None | | | |
| 61. **Internet domain names and websites** | | | |
|     None | | | |
| 62. **Licenses, franchises, and royalties** | | | |
|     None | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
|     None | | | |
| 64. **Other intangibles, or intellectual property** | | | |
|     None | | | |
| 65. **Goodwill** | | | |
|     None | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                             _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:** All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                                            **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

    None

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

    None

Debtor _____VelocIT Partners, LLC_____ Case number (if known)___19-32190-sgj11____
          Name

73. **Interests in insurance policies or annuities**

    ___None___

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    ___None___

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    __Setoff of money owned_____                    $7,142.00

    Nature of claim     __Avalon Oil & Gas, Inc._____

    Amount requested    __$7,142.00_____

76. **Trusts, equitable or future interests in property**

    ___None___

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    ___None___

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                                        $7,142.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $50,074.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $440.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,700.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $100.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |

Debtor  KRSTC Partners, LLC
        Name                                                              Case number (if known)  19-32190-sgj11

| | | |
|---|---|---|
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 |
| 88. | **Real property.** *Copy line 56, Part 9*..................................➔ | $826,475.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | |
| 90. | **All other assets.** *Copy line 78, Part 11.*                    + | $7,142.00 |
| 91. | **Total.** Add lines 80 through 90 for each column... 91a. | $82,456.00   + 91b.   $826,475.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... | $908,931.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | KROG Partners, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (if known): | 19-32190-sgj11 |

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| **2.2** **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

Debtor **KROG Partners, LLC** _____ Case number _(if known)_ **19-32190-sgj11**
　　　　　Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

A.W. Welding Services, LLC.

424 Floy Lee Road

Gilmer, TX 75645

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,097.50

---

**3.2** Nonpriority creditor's name and mailing address

Adams, Robert

2113 Spadina Cres E

Saskatoon, Canada S7K0C9,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.3** Nonpriority creditor's name and mailing address

Advanced Marketing Concepts, Inc.

P.O. Box 130095

Tyler, TX 75713

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Barred by Statute of Limitations.

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,582.80

---

**3.4** Nonpriority creditor's name and mailing address

AFT Industries, Inc.

2605 Skyway Drive

Grand Prairie, TX 75052

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Barred by Statute of Limitations.

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$23,026.00

---

**3.5** Nonpriority creditor's name and mailing address

Alinet Oilfield Services Corp

P.O. Box 2468

Kilgore, TX 75662

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$17,328.79

---

Debtor **KROG Partners, LLC**      Case number *(if known)* **19-32190-sgj11**
<br>Name

---

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.6**

Nonpriority creditor's name and mailing address
**Anatesco, Inc.**

P.O. Box 8225

Tyler, TX 75711

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$269.00

---

**3.7**

Nonpriority creditor's name and mailing address
**Atlas Tubular**

P.O. Box 431

Robstown, TX 78380

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Barred by Statute of Limitations.

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

---

**3.8**

Nonpriority creditor's name and mailing address
**B & H Pump & Supply**

1202 Hwy 42 North

White Oak, TX 75693

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,511.15

---

**3.9**

Nonpriority creditor's name and mailing address
**Bates, Mark**

4329 Calais Place

Lexington, KY 40515

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.10**

Nonpriority creditor's name and mailing address
**Berith Equipment**

P.O. Box 2576

Kilgore, TX 75662

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,720.93

---

Debtor    **KROG Partners, LLC**                                   Case number *(if known)* **19-32190-sgj11**
          Name

| Part 2: | Additional Page |

---

**3.11** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
Bingham, James | *Check all that apply.*

P.O. Box 82 | ☐ Contingent
 | ☐ Unliquidated
Dillingham, AK 99576 | ☑ Disputed

 | **Basis for the claim:** _____
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __ | ☑ No
Remarks: For Notice Only | ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,096.34
Braswell Services, LLC. | *Check all that apply.*

139 Miller Street | ☐ Contingent
 | ☐ Unliquidated
New Boston, TX 75570 | ☐ Disputed

 | **Basis for the claim:  Debt**
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __ | ☑ No
 | ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00
Burton Oil & Gas Reporting | *Check all that apply.*

P.O. Box 351 | ☐ Contingent
 | ☐ Unliquidated
Vivian, LA 71082 | ☐ Disputed

 | **Basis for the claim:  Debt**
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __ | ☑ No
 | ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,042.75
C & S Energy Services, LLC. | *Check all that apply.*

3304 Goforth Road | ☐ Contingent
 | ☐ Unliquidated
Kilgore, TX 75663 | ☑ Disputed

 | **Basis for the claim:  Debt**
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __ | ☑ No
Remarks: Barred by Statute of Limitations. | ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,357.24
C & S Lease Services | *Check all that apply.*

P.O. Box 1049 | ☐ Contingent
 | ☐ Unliquidated
Kilgore, TX 75663 | ☐ Disputed

 | **Basis for the claim:** _____
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __ | ☑ No
 | ☐ Yes

---

Debtor **KROG Partners, LLC**        Case number *(if known)* **19-32190-sgj11**
Name

---

**Part 2:** Additional Page

---

**3.16** Nonpriority creditor's name and mailing address

Cheetah Energy Services, LLC.

2807 Allen Street 407

Dallas, TX 75204

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,984.67

---

**3.17** Nonpriority creditor's name and mailing address

Cheshire, Gracy

4009 Sego Lilly Rd

Diana, TX 75640-3403

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Partially subject to credit for work done

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Prepaid**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,516.16

---

**3.18** Nonpriority creditor's name and mailing address

Clariday, Joseph

2687 Windwood Court

Clarksville, TN 37043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.19** Nonpriority creditor's name and mailing address

Cleerman, James

1407 1st Avenue South

Escanaba, MI 49829

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

Combs, Brad

5016 Norfolk

Plano, TX 75023

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

Debtor **KROG Partners, LLC**
Name

Case number *(if known)* **19-32190-sgj11**

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Conestoga Production Services**

**2905 CR 205N**

**Henderson, TX 75652**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Barred by the Statute of Limitations.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$54,978.13

---

**3.22** Nonpriority creditor's name and mailing address

**Construction Consultants of LA**

**P.O. Box 741**

**Bradley, AR 71826**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.23** Nonpriority creditor's name and mailing address

**CTS Transport**

**2570 TX-37**

**Quitman, TX 75783**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Barred by Statute of Limitations.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$10,401.00

---

**3.24** Nonpriority creditor's name and mailing address

**DNOW, LP.**

**7402 N. Eldridge Pkwy**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$7,898.83

---

**3.25** Nonpriority creditor's name and mailing address

**DOC Energy Services**

**P.O. Box 580**

**Oil City, LA 71061**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$8,802.50

---

Debtor    **KROG Partners, LLC**          Case number *(if known)* **19-32190-sgj11**
Name

---

| **Part 2:** | Additional Page |

---

**3.26** | **Nonpriority creditor's name and mailing address**
Doviak, Robert

10930 Switzer Avenue 117

Dallas, TX 75238

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $330,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
DO-Well Resources

P.O. Box 2437

Kilgore, TX 75663

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Barred by Statute of Limitations.

**As of the petition filing date, the claim is:**     $26,140.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
Dunn & Dill, LLC.

1225 Thomasville Court

Garland, TX 75044

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $1,875.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
E. L. Farmer & Company

P.O. Box 3512

Odessa, TX 79760

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
East Texas Field Services

12948 State Highway 154 E

Diana, TX 75640

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $45,014.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **KROG Partners, LLC**

Name

Case number *(if known)* **19-32190-sgj11**

---

**Part 2:** Additional Page

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,575.88 |

**Eaton Oil Tools, Inc.**

**707 E. Sabine Street**

**China Spring, TX 76633**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |

**Eddye Dreyer Financial Services**

**4925 Greenville Avenue 900**

**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Edgeland, Bruce**

**204 Coldren Drive**

**Prospect Heights, IL 60070**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: For Notice Only

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.31 |

**EV Fleming Enterprises, LLC.**

**6609 W. Goforth Road**

**Kilgore, TX 75662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Exploration, TRI-C**

**38262 Windy Ridge Drive**

**Magnolia, TX 77355**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: For Notice Only

---

Debtor **KROG Partners, LLC**
Name

Case number *(if known)* **19-32190-sgj11**

---

**Part 2:** Additional Page

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,864.38 |
|---|---|---|---|

**3.36** Nonpriority creditor's name and mailing address

**Fas-Line Services, Inc.**

P.O. Box 3009

Kilgore, TX 75663

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,864.38

Basis for the claim: __Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.37** Nonpriority creditor's name and mailing address

**Flowers Davis, PLLC.**

1021 ESE Loop 323 200

Tyler, TX 75701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,160.00

Basis for the claim: __Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.38** Nonpriority creditor's name and mailing address

**Focus Field Services, LLC.**

P.O. Box 56

White Oak, TX 75693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$29,268.00

Basis for the claim: __Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks: Barred by Statute of Limitations.

---

**3.39** Nonpriority creditor's name and mailing address

**Fonseca, Rene**

3075 Spaulding road

Christiansburg, VA 24073

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

unknown

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Remarks: For Notice Only

---

**3.40** Nonpriority creditor's name and mailing address

**Geonix Oilfield Products, LP.**

P.O. Box 10148

Longview, TX 75608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,200.50

Basis for the claim: __Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **KROG Partners, LLC**
Name

Case number *(if known)* **19-32190-sgj11**

---

**Part 2:** Additional Page

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

Glass, William

3676 Meadville Drive

Sherman Oaks, CA 91403

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: For Notice Only

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,687.77 |

Globe Energy Services

P.O. Box 204676

Dallas, TX 75230

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

Greene, Jack

303 N. Medford Road

Lufkin, TX 75901

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: For Notice Only

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,782.50 |

Hamilton Well Service, LLC.

16 Waterway Court

Spring, TX 77380

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,375.00 |

Harrell, Michael

9530 Hilldale Lane

Dallas, TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **KROG Partners, LLC**
Name      Case number *(if known)* **19-32190-sgj11**

---

### Part 2: Additional Page

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**3.46** Nonpriority creditor's name and mailing address
Harte, Golda

6320 Lake Bluff

Dallas, TX 75249

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: For Notice Only

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.47** Nonpriority creditor's name and mailing address
Hill Electric Co.

P.O. Box 471

Gilmer, TX 75644

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,176.63

---

**3.48** Nonpriority creditor's name and mailing address
Holloman, Joan and Bruce

3705 Military Road, NW

Washington, DC 20015

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,500.00

---

**3.49** Nonpriority creditor's name and mailing address
Hudson, Stanley

1335 Herman Dupuis

Breaux Bridge, LA 70517

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$268,500.00

---

**3.50** Nonpriority creditor's name and mailing address
IHSMARKIT

15 Inverness Way East

Englewood, CO 80112

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,244.26

---

Debtor  **KROG Partners, LLC**                    Case number *(if known)* **19-32190-sgj11**
           Name

| Part 2: | Additional Page |
|---------|-----------------|

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,558.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**3.51** Nonpriority creditor's name and mailing address

Johnson, Charlie

818 Winter Wood Court

Garland, TX 75044

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Paid Railroad Commission Fines

Is the claim subject to offset?
☑ No
☐ Yes

$1,558.00

---

**3.52** Nonpriority creditor's name and mailing address

Johnson, Daniel

3.113 CR 213

Giddings, TX 78942

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.53** Nonpriority creditor's name and mailing address

Joseph, David

810 Mission Trail

New Braunfels, TX 78130

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.54** Nonpriority creditor's name and mailing address

Kappus, Ulrich

4530 S. Verbena Street 309

Denver, CO 80237

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.55** Nonpriority creditor's name and mailing address

Key Energy Services, Inc.

1301 Mckinney St Ste 1800

Houston, TX 77010-3057

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Judgment

Is the claim subject to offset?
☑ No
☐ Yes

$57,681.68

Debtor **KROG Partners, LLC**
Name

Case number (if known) **19-32190-sgj11**

---

| **Part 2:** | Additional Page |
|---|---|

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**3.56** Nonpriority creditor's name and mailing address
Kirk Weaver Contract Pumping, Inc.

P.O. Box 385

Beckville, TX 75631

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,800.00**

---

**3.57** Nonpriority creditor's name and mailing address
Knighten Machine and Service, Inc.

P.O. Box 12587

Odessa, TX 79768

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,460.05**

---

**3.58** Nonpriority creditor's name and mailing address
L & P Investments

429 Industrial Ln

Grand Island, NE 68803-5239

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Partially due credit or offset for other expenses due.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Prepayment**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,344.31**

---

**3.59** Nonpriority creditor's name and mailing address
Lexstar Energy, LLC.

6010 W Spring Creek Pkwy

Plano, TX 75024-3569

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.60** Nonpriority creditor's name and mailing address
Lin, Jack

24780 Hermosilla Court

Calabasas, CA 91302

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

Debtor **KROG Partners, LLC**
Name

Case number *(if known)* **19-32190-sgj11**

---

| Part 2: | Additional Page |
| --- | --- |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,140.00 |
| --- | --- | --- | --- |

**3.61** Nonpriority creditor's name and mailing address
M. Dewayne Varnadore

2320 Dueling Oaks Drive

Tyler, TX 75703

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$1,140.00

---

**3.62** Nonpriority creditor's name and mailing address
May Oilfield Pipe

P.O. Box 430

Overton, TX 75684

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$2,264.43

---

**3.63** Nonpriority creditor's name and mailing address
Medline Electric, Inc.

P.O. Box 696

Quitman, TX 75783

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$342.02

---

**3.64** Nonpriority creditor's name and mailing address
Mellick, William

31038 Williams Road

Worley, ID 83876

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: For Notice Only

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.65** Nonpriority creditor's name and mailing address
Midway Oilfield Constructors, Inc.

P.O. Box 245

Midway, TX 75852

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$6,850.66

---

Debtor **KROG Partners, LLC**
Name

Case number (if known) **19-32190-sgj11**

---

**Part 2:** Additional Page

| 3.66 | **Nonpriority creditor's name and mailing address**<br>Miller, George<br><br>12330 W. Carolina Drive<br>Denver, CO 80228<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __<br>Remarks: For Notice Only | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | unknown |

| 3.67 | **Nonpriority creditor's name and mailing address**<br>Nelson, Michael<br><br>7791 N. 3090 W. Road<br>Manteno, IL 60950<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __<br>Remarks: For Notice Only | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | unknown |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>Newmans Oilfield Service, Inc.<br><br>P.O. Box 2860<br>Kilgore, TX 75663<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29,804.22 |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>Patel, Manish<br><br>3382 Monterey Hwy<br>San Jose, CA 95111<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __<br>Remarks: For Notice Only | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | unknown |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>Peoples Communications<br><br>102 N. Stephens Street<br>Quitman, TX 75783<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $800.00 |

Debtor    **KROG Partners, LLC**                                    Case number *(if known)* **19-32190-sgj11**
          Name

| **Part 2:** | Additional Page |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,939.00 |
|---|---|---|---|

**3.71** Nonpriority creditor's name and mailing address
Permian Tank & Manufacturing, Inc.

P.O. Box 4456

Odessa, TX 79760

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim: **Judgment**
Is the claim subject to offset?
☑ No
☐ Yes

$32,939.00

---

**3.72** Nonpriority creditor's name and mailing address
Pipe Pros, LLC.

P.O. Box 9787

78469

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim: **Debt**
Is the claim subject to offset?
☑ No
☐ Yes

$7,520.00

---

**3.73** Nonpriority creditor's name and mailing address
Polling, Steven

2514 County Road 75

Ada, OH 45810

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___
Remarks: For Notice Only

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.74** Nonpriority creditor's name and mailing address
Princess Three Operating, LLC.

P.O. Box 1983

Henderson, TX 75653

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Debt**
Is the claim subject to offset?
☑ No
☐ Yes

$38,933.05

---

**3.75** Nonpriority creditor's name and mailing address
Pro-Test, Inc.

454 FM 1252 E

Kilgore, TX 75662

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim: **Debt**
Is the claim subject to offset?
☑ No
☐ Yes

$2,702.72

Debtor **KROG Partners, LLC**     Case number *(if known)* **19-32190-sgj11**
Name

| Part 2: | Additional Page |
|---|---|

**3.76** Nonpriority creditor's name and mailing address

Quesada, George

1860 Virginia Avenue

Novato, CA 94945

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.77** Nonpriority creditor's name and mailing address

Quitman Pump and Supply Co, Inc.

P.O. Box 921

Quitman, TX 75783

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Quitman has $3,000 worth of debtor's pumps in its shop against the above claim.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
☐ No
☑ Yes

$950.72

---

**3.78** Nonpriority creditor's name and mailing address

Railroad Commission of Texas

Rey Mendez AG Office

P.O. Box 12548

Austin, TX 78711

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Settlement EST**

Is the claim subject to offset?
☑ No
☐ Yes

$31,000.00

---

**3.79** Nonpriority creditor's name and mailing address

Railroad Commission of Texas

Jessica Mendoza Office of GC

1701 North Congress Ave.

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Settlement EST**

Is the claim subject to offset?
☑ No
☐ Yes

$17,460.00

---

**3.80** Nonpriority creditor's name and mailing address

Reams, Melvin

12 Wilderness Way

Round Rock, TX 78664

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Unrecorded Interest of 30% interest in the debtor's interest in the King Crow Lease was to collateralize this loan.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$82,648.00

---

Debtor    **KROG Partners, LLC**       Case number *(if known)* **19-32190-sgj11**
Name

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.81**   Nonpriority creditor's name and mailing address

Rig Runners, Inc.

P.O. Box 24279

Houston, TX 77229

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,866.31

---

**3.82**   Nonpriority creditor's name and mailing address

Robert P. Baxter, Jr.

3847 Townsend Drive

Dallas, TX 75229

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$28,310.94

---

**3.83**   Nonpriority creditor's name and mailing address

Romine Oilfield Services, Inc.

3024 George Richey Road

Gladewater, TX 75647

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

$2,564.10

**Remarks:** Romine has a $200 part in inventory belonging to debtor.

---

**3.84**   Nonpriority creditor's name and mailing address

Rossiter, Steve

7523 Meadow Oaks Drive

Dallas, TX 75230

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Work**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,500.00

---

**3.85**   Nonpriority creditor's name and mailing address

S & K Supply

P.O. Box 1885

Kilgore, TX 75663

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,444.10

---

Debtor **KROG Partners, LLC**                                    Case number *(if known)* **19-32190-sgj11**
Name

---

**Part 2:** Additional Page

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,280.00 |
|---|---|---|---|

**3.86** Nonpriority creditor's name and mailing address

Scanalog, LLC.

P.O. Box 7

Round Rock, TX 78683

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$3,280.00

---

**3.87** Nonpriority creditor's name and mailing address

Scheef & Stone, LLP.

500 N. Akard 2700

Dallas, TX 75201

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$40,231.02

---

**3.88** Nonpriority creditor's name and mailing address

Service Electric, LLC.

P.O. Box 2000

Kilgore, TX 75663

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$3,642.40

---

**3.89** Nonpriority creditor's name and mailing address

Shores Lift Solutions

P.O. Box 12730

Odessa, TX 79768

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$6,572.14

---

**3.90** Nonpriority creditor's name and mailing address

SHS Welding

P.O. Box 9294

Longview, TX 75608

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment__

Is the claim subject to offset?
☑ No
☐ Yes

$2,855.00

---

Debtor **KROG Partners, LLC**
Name

Case number *(if known)* **19-32190-sgj11**

| Part 2: | Additional Page |
|---|---|

**3.91** Nonpriority creditor's name and mailing address
Skogen, James

689 Entrada Drive

Golden, CO 80401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:                            unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address
Steen, Katherine

14018 32nd Avenue NE

Duvall, WA 98019

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:                            unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address
Steen, Perry

14018 32nd Avenue NE

Duvall, WA 98019

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:                            unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address
Steen, Richard

3903 S. Morain Loop

Kennewick, WA 99337

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Notice Only

As of the petition filing date, the claim is:                            unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address
Stokley, Raymond

10679 Mallard Road

Diana, TX 75640

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                            $2,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **KROG Partners, LLC**          Case number *(if known)* **19-32190-sgj11**
Name

---

**Part 2:** Additional Page

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,222.30 |
|---|---|---|---|

Strategic Wireline Services, LLC.

P.O. Box 1361

Winnsboro, LA 71295

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,095.21 |
|---|---|---|---|

Stuart Hose & Pipe Co., LTD.

701 Riverside Drive

Fort Worth, TX 76111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $861.00 |
|---|---|---|---|

Superior Slickline Services

P.O. Box 12214

Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,743.81 |
|---|---|---|---|

Talon Tools & Testing, LP.

P.O. Box 30

Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,765.00 |
|---|---|---|---|

Tervita Corporation

10613 West Sam Houston Pkwy 300

Houston, TX 77064

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor __**KROG Partners, LLC**__    Case number (if known) __**19-32190-sgj11**__
Name

---

**Part 2:** Additional Page

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | __unknown__
| Tesselaar, Anthony | ☐ Contingent |
| | ☐ Unliquidated |
| 2428 Alameda Avenue 162 | ☑ Disputed |
| Norfolk, VA 23513 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |
| Remarks: For Notice Only | |

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | __$9,849.00__
| Trendsetter Construction, Inc. | ☐ Contingent |
| | ☐ Unliquidated |
| P.O. Box 246 | ☑ Disputed |
| White Oak, TX 75693 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | __$2,747.50__
| Vintage Services, LLC. | ☐ Contingent |
| | ☐ Unliquidated |
| 174 W. Purslane | ☐ Disputed |
| Kilgore, TX 75662 | **Basis for the claim:** Debt |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | __$2,215.00__
| Watson Report Service | ☐ Contingent |
| | ☐ Unliquidated |
| P.O. Box 921 | ☐ Disputed |
| Kilgore, TX 75663 | **Basis for the claim:** Debt |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | __$283,117.00__
| Wildwood Partners, L.P. | ☐ Contingent |
| | ☐ Unliquidated |
| 6162 E. Mockingbird Lane 212 | ☐ Disputed |
| Dallas, TX 75214 | **Basis for the claim:** Loan |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

---

Debtor **KROG Partners, LLC**
Name

Case number (if known) **19-32190-sgj11**

---

**Part 2: Additional Page**

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,000.00** |
|---|---|---|---|

Wren Oilfield Services, Inc.

P.O. Box 334

White Oak, TX 75693

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60,512.80** |
|---|---|---|---|

Xpress Oilfield Services

Kevin Michaels, Attorney

16000 Barkers Point Lane 2308

Houston, TX 77079

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Remarks:** Barred by Statute of Limitations.

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **unknown** |
|---|---|---|---|

Yeager, Yogi

1410 Summit Avenue

Plano, TX 75074

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Remarks:** For Notice Only

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,639.47** |
|---|---|---|---|

Zivney Energy

P.O. Box 655

White Oak, TX 75693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor    **KROG Partners, LLC**
_____    Case number *(if known)* **19-32190-sgj11**
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jacobson Law Firm, PC<br>Terry Jacobson<br>733 W 2nd Ave<br>Corsicana, TX 75110-2942 | Line **3.71**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 | Ward, Smith & Hill PC<br>Bruce A. Smith<br>Po Box 1231<br>Longview, TX 75606-1231 | Line **3.90**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 | Gravity Oilfield Services, Inc.<br>(Globe Energy Services)<br>10313 W Sam Houston Pkwy N # 100<br>Houston, TX 77064 | Line **3.42**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 | The Gibson Law Group, PC<br>Attn. David Gibson<br>1304 W. Walnut Hill Ln. 212<br>Irving, TX 75038 | Line **3.49**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   __KROG PARTNERS, LLC_____     Case number *(if known)* __19-32190-sgj11_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | __$0.00_____ |
| 5b. | **Total claims from Part 2** | 5b. **+** | __$2,062,119.62_____ |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$2,062,119.62_____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | KROG Partners, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (if known): | 19-32190-sgj11    Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

### 2. List all contracts and unexpired leases

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Purchase of oil from leases and payment of royalties to owners. | Plains Marketing, LP |
| | State the term remaining | | 333 Clay St. 1600 |
| | List the contract number of any government contract | 0 months | Houston, TX 77002 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Purchase of oil from leases and payment of royalties to owners. | Genesis Crude, LP |
| | State the term remaining | | 919 Milam St. 2100 |
| | List the contract number of any government contract | 0 months | Houston, TX 77002 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Purchase of oil from leases and payment of royalties to owners. | ACE Gathering Inc. |
| | State the term remaining | | 24275 Katy Freeway 200 |
| | List the contract number of any government contract | 0 months | Katy, TX 77494 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest recorded. | Alpha Oil and Gas Inc. |
| | State the term remaining | | 4205 Carmel Mountain Dr. |
| | List the contract number of any government contract | 0 months | Mckinney, TX 75070 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest recorded. | Blastis, George |
| | State the term remaining | | 348 Village St |
| | List the contract number of any government contract | 0 months | Penacook, NH 03303-4509 |

| Debtor | KROG Partners, LLC | Case number *(if known)* 19-32190-sgj11 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** — Working Interest Owner. Working interest recorded. | Bluebonnet Royalty Company |
| | **State the term remaining** | Po Box 850545 |
| | **List the contract number of any government contract** — 0 months | Richardson, TX 75085-0545 |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** — Working Interest Owner. Working interest recorded. | Brown, Kim |
| | **State the term remaining** | 4181 Highway 191 N |
| | **List the contract number of any government contract** — 0 months | Farson, WY 82932 |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** — Working Interest Owner. Working interest recorded. | Colwell, Tim |
| | **State the term remaining** | 204803 Highway 101 |
| | **List the contract number of any government contract** — 0 months | Port Angeles, WA 98363-6134 |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** — Working Interest Owner. Working interest recorded. | Terry, C. Dale |
| | **State the term remaining** | 575 W Oakwood Ln |
| | **List the contract number of any government contract** — 0 months | Castle Rock, CO 80108-9254 |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** — Working Interest Owner. Working interest recorded. | DDC Consultants |
| | **State the term remaining** | 3002 25th St |
| | **List the contract number of any government contract** — 0 months | Lubbock, TX 79410-2133 |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** — Working Interest Owner. Working interest recorded. | Gardner, Glenn |
| | **State the term remaining** | 4829 Sheridan Ave |
| | **List the contract number of any government contract** — 0 months | Metairie, LA 70002-1353 |

Debtor    KROG Partners, LLC                           Case number *(if known)* 19-32190-sgj11
        Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest recorded. | Griffin, Rick and Pam |
| | | | 1905 Lake Crest Ln |
| | State the term remaining | | Plano, TX 75023-7451 |
| | List the contract number of any government contract | 0 months | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest recorded. | Gunther, Gary |
| | | | 89 Mcburg Rd |
| | State the term remaining | | Frankewing, TN 38459-6056 |
| | List the contract number of any government contract | 0 months | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest recorded. | Hopson, Roland |
| | | | 3406 Ludlow Ave |
| | State the term remaining | | Bridgeton, MO 63044-3139 |
| | List the contract number of any government contract | 0 months | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest recorded. | Johnson, Bruce |
| | | | 5648 Tara Hill Dr |
| | State the term remaining | | Dublin, OH 43017-3040 |
| | List the contract number of any government contract | 0 months | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest recorded. | Johnson, Otis |
| | | | 1423 W 5th St |
| | State the term remaining | | Hastings, NE 68901-4928 |
| | List the contract number of any government contract | 0 months | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest recorded. | Marchand, Roland |
| | | | 2300 Seymour Hwy |
| | State the term remaining | | Wichita Falls, TX 76301-3010 |
| | List the contract number of any government contract | 0 months | |

Debtor    KROG Partners, LLC             Case number *(if known)* 19-32190-sgj11
        Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.18**
State what the contract or lease is for and the nature of the debtor's interest — Working Interest Owner. Working interest recorded.

State the term remaining — 0 months

List the contract number of any government contract

Mayer, John
20011 Cook Rd
Tomball, TX 77377-8806

**2.19**
State what the contract or lease is for and the nature of the debtor's interest — Working Interest Owner. Working interest recorded.

State the term remaining — 0 months

List the contract number of any government contract

McAdams, JT
423 Boise City Hwy
Clayton, NM 88415-7425

**2.20**
State what the contract or lease is for and the nature of the debtor's interest — Working Interest Owner. Working interest recorded.

State the term remaining — 0 months

List the contract number of any government contract

Prosper Consulting Group
12 Wilderness Way
Round Rock, TX 78664-9630

**2.21**
State what the contract or lease is for and the nature of the debtor's interest — Working Interest Owner. Working interest recorded.

State the term remaining — 0 months

List the contract number of any government contract

Rewinkel, Roy
814 E 3rd St
Irving, TX 75060-3102

**2.22**
State what the contract or lease is for and the nature of the debtor's interest — Working Interest Owner. Working interest recorded.

State the term remaining — 0 months

List the contract number of any government contract

Steen Family Partnership
Attn: Perry Steen
14018 322nd Ave NE
Duvall, WA 98019-7408

**2.23**
State what the contract or lease is for and the nature of the debtor's interest — Working Interest Owner. Working interest may not be recorded.

State the term remaining — 0 months

List the contract number of any government contract

Alysworth, Robyn
4372 Hendrix Way
San Jose, CA 95124-4715

Debtor    KROG Partners, LLC                            Case number *(if known)* 19-32190-sgj11

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Borders, Lea Anne |
|---|---|---|---|
| | | | 555 Bryant St # 353 |
| | State the term remaining | | Palo Alto, CA 94301-1704 |
| | List the contract number of any government contract | 0 months | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Cheshire, Gracy |
|---|---|---|---|
| | | | 4009 Sego Lilly Rd |
| | State the term remaining | | Diana, TX 75640-3403 |
| | List the contract number of any government contract | 0 months | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Dewalt, Lonny C. |
|---|---|---|---|
| | | | 10306 W Caton Rd |
| | State the term remaining | | Corning, NY 14830-8916 |
| | List the contract number of any government contract | 0 months | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Kruthaput, Chris |
|---|---|---|---|
| | | | 712 Andrew Ln |
| | State the term remaining | | Gunnison, CO 81230-4004 |
| | List the contract number of any government contract | 0 months | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | L & P Investments |
|---|---|---|---|
| | | | 429 Industrial Ln |
| | State the term remaining | | Grand Island, NE 68803-5239 |
| | List the contract number of any government contract | 0 months | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Phoenix Consulting Group |
|---|---|---|---|
| | | | Po Box 252 |
| | State the term remaining | | Diana, TX 75640-0252 |
| | List the contract number of any government contract | 0 months | |

Debtor    KROG Partners, LLC          Case number *(if known)* 19-32190-sgj11
      Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Shirey, Deanne Maxine |
| | | | 1330 California Ave Apt 302 |
| | State the term remaining | | Santa Monica, CA 90403-5272 |
| | List the contract number of any government contract | 0 months | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Shirey, Geraldine S. |
| | | | 714 Wigley St |
| | State the term remaining | | Mineola, TX 75773-1858 |
| | List the contract number of any government contract | 0 months | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Shirey III, John H. |
| | | | 7324 Gaston Ave Ste 124 |
| | State the term remaining | | Dallas, TX 75214-6190 |
| | List the contract number of any government contract | 0 months | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Shirey, Nancy J |
| | | | 7550 CR 3094 |
| | State the term remaining | | Scurry, TX 75158 |
| | List the contract number of any government contract | 0 months | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest may not be recorded. | Taylor, Michael J. |
| | | | 10891 County Road 52 |
| | State the term remaining | | Yuma, CO 80759-9405 |
| | List the contract number of any government contract | 0 months | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Working Interest Owner. Working interest is recorded. | Frisch, Robert K. |
| | | | 15150 Preston Rd. 240 |
| | State the term remaining | | Dallas, TX 75248 |
| | List the contract number of any government contract | 0 months | |

Debtor    KROG Partners, LLC               Case number *(if known)* 19-32190-sgj11

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.36** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Working interest owner in JC Kelly Lease which has not produced in a few years. Owner may owe debtor small amount and may hve forfeited rights. Value of interest may be nominal at this time.

0 months

Anderson, Richard and/or Leewood

631 Nw 28th St

Gainesville, FL 32607-2512

---

**2.37** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Working interest owner in JC Kelly Lease which has not produced in a few years. Owner may owe debtor small amount and may hve forfeited rights. Value of interest may be nominal at this time.

0 months

Boles, Ken

6018 Fm 711

Center, TX 75935-6819

---

**2.38** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Working interest owner in JC Kelly Lease which has not produced in a few years. Owner may owe debtor small amount and may hve forfeited rights. Value of interest may be nominal at this time.

0 months

Dagilaitis, Blaise

7 Nansen Smt

Lake Oswego, OR 97035-1066

---

**2.39** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Working interest owner in JC Kelly Lease which has not produced in a few years. Owner may owe debtor small amount and may hve forfeited rights. Value of interest may be nominal at this time.

0 months

Hershberger, Jonas

10000 N Girdle Rd

Middlefield, OH 44062-9538

| Debtor | KROG Partners, LLC | Case number *(if known)* 19-32190-sgj11 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.40** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Working interest owner in JC Kelly Lease which has not produced in a few years. Owner may owe debtor small amount and may hve forfeited rights. Value of interest may be nominal at this time.<br><br>0 months | Kerstetter, Donald<br><br>28495 Granville Ln<br><br>Trappe, MD 21673-1880 |
| **2.41** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Working interest owner in JC Kelly Lease which has not produced in a few years. Owner may owe debtor small amount and may hve forfeited rights. Value of interest may be nominal at this time.<br><br>0 months | Oplinger, Ted<br><br>2357 W Briargate Dr<br><br>Bryan, TX 77802-2118 |
| **2.42** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Working interest owner in JC Kelly Lease which has not produced in a few years. Owner may owe debtor small amount and may hve forfeited rights. Value of interest may be nominal at this time.<br><br>0 months | Popyuk, William<br><br>46 O'Shaugnessey Crescent<br><br>Barrie, Ontario L4N7L8, Canada, |
| **2.43** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Working interest owner in JB Winn Lease that debtor inherited when it bought the lease. Debtor does not know if interests were recorded when wells were drilled in 1960s. Interest owes debtor money.<br><br>0 months | McMurrey, Shannon<br><br>30903 Keeneland Dr<br><br>Boerne, TX 78015-4258 |

Debtor    KROG Partners, LLC
          Name

Case number *(if known)* 19-32190-sgj11

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.44** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Working interest owner in JB Winn Lease that debtor inherited when it bought the lease. Debtor does not know if interests were recorded when wells were drilled in 1960s. Interest owes debtor money.

0 months

Holbrook, Blaine

27010 Fiddlers Pass

San Antonio, TX 78260-5525

**2.45** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Working interest owner in JB Winn Lease that debtor inherited when it bought the lease. Debtor does not know if interests were recorded when wells were drilled in 1960s. Interest owes debtor money.

0 months

F/A/O Martin Woolley Estate

10930 Switzer Ave Ste 117

Dallas, TX 75238-1362

**2.46** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Working interest owner in JB Winn Lease that debtor inherited when it bought the lease. Debtor does not know if interests were recorded when wells were drilled in 1960s. Interest owes debtor money.

0 months

Carol Tracy POA

f/b/o David Woolley

Po Box 96

Devine, TX 78016-0096

**2.47** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Working interest owner in JB Winn Lease that debtor inherited when it bought the lease. Debtor does not know if interests were recorded when wells were drilled in 1960s. Interest owes debtor money.

0 months

Woolley, Margaret

PO Box 751773

San Antonio, TX 78245

Debtor    KROG Partners, LLC              Case number *(if known)* 19-32190-sgj11
       Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.48**

**State what the contract or lease is for and the nature of the debtor's interest**

Working interest owner in JB Winn Lease that debtor inherited when it bought the lease. Debtor does not know if interests were recorded when wells were drilled in 1960s. Interest owes debtor money.

**State the term remaining**    0 months

**List the contract number of any government contract**

Raymond Woolley

Po Box 761773

San Antonio, TX 78245-6773

**2.___**

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

**2.___**

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

**2.___**

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

**2.___**

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

**2.___**

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Debtor    KROG Partners, LLC
          _____                Case number *(if known)* 19-32190-sgj11
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name _____ KROG Partners, LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas, Dallas Division _____

Case number (if known): _____ 19-32190-sgj11 _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ _____ City          State     ZIP Code | | |
| 2.2 _____ | _____ Street _____ _____ City          State     ZIP Code | | |
| 2.3 _____ | _____ Street _____ _____ City          State     ZIP Code | | |
| 2.4 _____ | _____ Street _____ _____ City          State     ZIP Code | | |
| 2.5 _____ | _____ Street _____ _____ City          State     ZIP Code | | |

Debtor    KROG Partners, LLC
          _____          Case number *(if known)* 19-32190-sgj11
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street _____ _____ City          State     ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____KROG Partners, LLC_____

United States Bankruptcy Court for the:
_____Northern District of Texas, Dallas Division_____

Case number (if known): _____19-32190-sgj11_____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*.............................................................................. | $826,475.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................... | $82,456.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. | $908,931.00

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $352,008.68

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ | $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | **+** $2,062,119.62

4. **Total liabilities**..................................................................................................................
    Lines 2 + 3a + 3b | $2,414,128.30

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | KROG Partners, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (if known): | 19-32190-sgj11 |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/29/2019
　　　　　　　MM/ DD/ YYYY

X _____ /s/ Robert Doviak
Signature of individual signing on behalf of debtor

Robert Doviak
Printed name

Manager / President
Position or relationship to debtor